Rima Jones
P.O. Box 43832
Louisville, KY 40253

FILED US
WESTERN DISTRICT OF KY
17 AUG 21 AM 8:36

3:17-CV-507-DJH

v.                    VERIFIED COMPLAINT

Commonwealth of Kentucky,
Kentucky Unemployment Insurance Commission
275 East Main Street, 2nd Floor East
Frankfort, Kentucky 40621

### Nature of Complaint

Plaintiff, Rima Jones, (hereinafter "Jones"), brings this action against Defendant, Kentucky Unemployment Insurance Commission (hereinafter "UIA")(or Defendant), alleging violations of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C § 2000e et. seq., the American with Disabilities Act, of as amended 42 U.S.C § 12101 et. seq., the Kentucky Civil Rights Act, IV; V; VI; VIII; IX and XIV amendment of the Constitution. U.S. Constitution, and Fraudulent Conveyance. Pursuant to § 548 and Plaintiff an "employee" as that term is defined by 29 U.S.C § 630(f), 42 U.S.C. 1211(4); 42 U.S.C. § 2000c (f), and KRS 344.030(5).

### Parties

Jones is a resident of the Commonwealth of Kentucky who at all relevant times resided within the geographic boundaries of the Western District of Kentucky.

Defendant Commonwealth of Kentucky, Kentucky Unemployment Insurance Commission, is a government entity created by Kentucky Revised Statutes Chapter 341.

(1)

## Jurisdiction and Venue

Jurisdiction is conferred on this Court pursuant to 28 U.S.C. §1331; 28 U.S.C. §1343; 28 U.S.C. §1367; 29 U.S.C. §621; 42 U.S.C. §12117; and 42 U.S.C. §2000e-5(f)(3).

Jurisdiction is conferred on Jones' state law claims pursuant to 28 U.S.C. §1367 because her state law claims arise from the same common nucleus of operative facts as her federal law claims and all of her claims form a single case and controversy under Article III of the United States Constitution.

Defendant is a government entity created by Kentucky Revised Statutes Chapter 341.

Jones is a "qualified individual with a disability" as defined by the Americans with Disabilities Act, 42 U.S.C. §§ 12102(2) and 12111(8) and/or Defendant knew of Jones' disability and/or regarded Jones as being disabled and/or Jones has a record of being disabled.

Jones an employ who has a very hard time in keeping a job for long time due to her disabilities.

Jones satisfied her obligation to exhaust her administrative remedies having timely filled a "Notice to Sue" with the Commonwealth of Kentucky, Kentucky Unemployment Insurance Commission, 275 East Main Street, 2nd Floor East, Frankfort, Kentucky 40621 dated May 8, 2017

A substantial part of the events, transactions and occurrences relevant to this lawsuit arose within the geographical environs of the Western District of Kentucky; thus venue is proper in this Court.

(2)

## Factual Allegations

Jones was born in 1963

Jones, US citizen, is entitled to receive the very basic safety net and benefits to which she is entitled

Jones, going through a very difficult time in her life, as her arthritis conditions and spinal cord disease worsen; need to rely on her UI.

Jones filed for bankruptcy and faced total financial damage.

Until February of 2017, Jones met Honorable Jason Snyder at U.S. Attorney Office as when this meeting that Jones became to realize any changes. Was this meeting a conscidence?

This was the pivotal point to be confident to apply for UI after Wal-Mart fired her.

Jones faces a hard time in keeping a job due to my disabilities and limitations which are often misinterpreted.

Jones last UI check was in 2011

State agency reliance on Data Automated System for computer-based determinations is erronous.

③

Jones money has been taken out of her account, out of her paycheck, out of her tax refunds without first having some Basic due process rights.

Adding insult to injury - life-altering false fraud allegations from the State Agency.

Jones is not that smart and has only mere basic knowledge of Word Processing.

The State Agency has to be held responsible for its own miscalculations if any unintentional overpayment is done.

Jones is the victim. When Jones asks UI clerks what is the amount and how and where it came from since I did not receive any such money. Jones be told by clerks; "Lots of money."

No clear communication. Jones is treated like a criminal without due process.

State Fund balance over 250 million as it builds bridges and lights on bridges and cut overgrown trees and reasphalt pot holes and pay police force where their retirement is larger than their wages.

Unemployment insurance is a small source of income for workers who have lost their jobs. Jones has a spinal cord disease & severe arthritis.

Jones desperately need her money accumulated under UI; where the monies under authority under color of law the state agency diverse the funds to other departments.

A person with the name Lisa who identified herself to be an employ from the state department told Jones that my payments to her division / branch of the state agency is satisfied. Still there is another (2) two branches / divisions that need to be paid and there amount is as much as her division / branch amount was. When Jones asked how much is the amount. Jones be told "lots of money".

If Lisa branch / division took $10,000.00 Then the other 2 branches / division wants $10,000.00 each; $10,000.00 + $10,000.00 = $10,000.00 = 30,000.00

Jones have no money to buy herself a newer car. Jones goes to the Fransiscan kitchen to eat. Jones has blisters on her feet as she has no money to buy a good pair of shoes.

(5)

Definition of unemployment insurance is Social insurance against involuntary unemployment that provides unemployment compensation for a limited period to unemployed workers. Definition of unemployment insurance is true definition; Government Welfare scheme where withholding regular sum out of a citizens paycheck and bombarding the citizen upon unemployment with enormous swindles and delays to hinder and to put citizen money beyond citizens reach.

Nobody's money should ever be taken out of their account, out of their pay check, out of their tax refunds- without first having some basic Due process rights and that's what was happening.

The State agency imposing excessive fines and violating the due process rights of unemployment claimant (plaintiff) by seizing her UI benefits and tax refunds without clear evidence that fraud has occurred.

If any unintentional overpayment occurred as a result of Defendant miscalculations or such; then Defendant should not attack Plaintiff with false allegations

(6)

## Requested Relief

Wherefore, Plaintiff, Jones, respectfully requests that this Court find for her and order Defendant to:

1. Compensate for all Base Period Wages since 2011 till present.
2. Compensatory, Consequential and emotional distress damages.
3. Compensation for any and all other damages suffered as a consequence of Defendant's unlawful actions under Fraudulent Conveyance, Pursuant to §548.
4. Punitive damages under Fraudulent Conveyance, Pursuant to §548.
5. Pre- and Post- judgment interest on all sums recoverable.
6. All other legal and/or equitable damages that this Court determines appropriate and just to grant.

Rima Jones
8/21/2017

⑦

## Notice to Sue

Hereby, Rima Janes, gives you, Kentucky Unemployment Insurance Commission "notice to sue".

## Proof of Service

On May 8, 2017; I, Rima Janes, dropped in regular mail at the Middletown Post Office an envelope with the "notice to sue" to Kentucky Unemployment Insurance Commission
   275 East Main Street, 2nd Floor East
   Frankfort, Kentucky 40621